FILED'10 JAN 26 14:35USDC-ORP

Hope A. Del Carlo, OSB No. 00241
Edward Johnson, OSB No. 96573
Oregon Law Center
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: 503/473-8319
Facsimile: 503/295-0676
hdelcarlo@oregonlawcenter.org
ejohnson@oregonlawcenter.org

Attorneys for Plaintiff Jennifer Samson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER SAMSON; | Case No. 08-CV-624-AC |
| Plaintiff, | |
| v. | |
| COUNTRYWIDE HOME LOANS, INC., a New York corporation, TREASURY BANK, NA, dba COUNTRYWIDE BANK; and US FUNDING GROUP-OREGON, LLC, an Oregon Limited Liability Company dba US FUNDING GROUP, INC.; | ORDER DIRECTING ENTRY OF DEFAULT AGAINST DEFENDANT US FUNDING GROUP-OREGON, LLC |
| Defendants | |

This matter came before the court on plaintiff's motion for entry of default against defendant US Funding Group-Oregon, LLC. It appearing from the record and the motion and declaration of counsel on file that the defendant has failed to plead or otherwise defend, the court hereby ORDERS that default be entered against US Funding Group-Oregon, LLC.

DATED this 26th day of January, 2010.

_____
Hon. John V. Acosta
United States Magistrate Judge

Page 1 -    ORDER DIRECTING ENTRY OF DEFAULT AGAINST DEFENDANT US FUNDING GROUP-OREGON, LLC

Presented by:
Hope A. Del Carlo, OSB No. 00241
Of Attorneys for Plaintiff