UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


JENNIFER SAMPSON,

       Plaintiff,                                              Civil No. 08-624-AC

       v.                                                      ORDER

COUNTRYWIDE HOME LOANS,
INC., a New York corporation,
TREASURY BANK, NA, dba
COUNTRYWIDE BANK; and US
FUNDING GROUP-OREGON, LLC,
an Oregon Limited Liability Company,
dba US FUNDING GROUP, INC.,

       Defendants.
_____

HAGGERTY, District Judge:

       Plaintiff filed this predatory mortgage lending case against defendants relating to the

refinance of her home.  Plaintiff obtained a default judgment against defendant US Funding

Group-Oregon, LLC on August 2, 2010.  Plaintiff now advances a Motion for Attorneys Fees

and Costs [80] against defendant US Funding Group-Oregon, LLC.  Defendant has not objected.

1 -- ORDER

For the following reasons, plaintiff's Motion for Attorneys Fees and Costs is granted.

**DISCUSSION**

Federal Rule of Civil Procedure 54(d) provides for an award of attorneys fees and costs to the prevailing party.  To determine whether a request for attorney fees is reasonable, the court must determine the "lodestar" amount—the number of hours reasonably spent on the litigation multiplied by a reasonable hourly rate.  *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-64 (1986).  Reasonable attorney fees should be calculated based on the prevailing market rates in the relevant community.  *Blum v. Stenson*, 465 U.S. 886, 895 (1984).

Plaintiff seeks $18,232.50 in attorneys fees for 66.3 hours of work at a rate of $275.00 per hour.  Plaintiff also seeks $350.00 in costs for her filing fee.

This court has independently examined the supporting documentation explaining the claimed fees and costs as well as the State Bar survey.  The court is satisfied that these amounts were reasonably and necessarily incurred by plaintiff during the course of this litigation. Therefore, the court grants plaintiff's Motion for Attorneys Fees and Costs [80] in the amount of $18,507.50.

**CONCLUSION**

Plaintiff's Motion for Attorneys Fees and Costs [80] is granted in the amount of $18,507.50.

IT IS SO ORDERED.

DATED this __17__ day of September, 2010.


    /s/ Ancer L.Haggerty
     Ancer L. Haggerty
     United States District Judge


2 -- ORDER